■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN WEINTRAUB, Also Known as BARRY SHAPIRO, Appellant.—Upon remission from the Court of Appeals (35 NY2d 351) judgment of conviction, Supreme

Court, New York County, rendered December 13, 1971, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the second degree, unanimously affirmed. Concur—Stevens, P. J., Murphy, Lane and Tilzer, JJ.